STATE OF MAINE                  BUSINESS & CONSUMER DOCKET
CUMBERLAND, ss.               LOCATION:  PORTLAND
                                   DOCKET NO. BCD-CIV-2020-43

| | | |
|---|---|---|
| RYAN M. JEFFREY, DDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING MOTIONS FOR |
| | ) | TEMPORARY RESTRAINING ORDERS |
| RONALD BAILEY, DMD, ET AL., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

The parties to this action dispute the interpretation, application, and enforcement of a Confidentiality and Non-competition Agreement dated June 10, 2013. The parties have filed competing Motions for Temporary Restraining Orders. Oral argument on the Motions was conducted on February 1, 2021. For the reasons discussed below, the Court denies both Motions.

In order to prevail on a Motion for Temporary Restraining Order, the moving party must show, *inter alia*, irreparable harm if the injunction is not granted. *Ingraham v. University of Maine at Orono*, 441 A.2d 691, 693 (Me. 1982).  Absent a showing of irreparable injury, the motion must be denied. *Id.*  In this case, at this stage of the proceeding, neither moving party has made the necessary showing of irreparable harm.  Accordingly, both Motions are denied.

The Clerk will reach out to the parties to see if they wish to proceed with an evidentiary hearing on the Motions for Preliminary Injunction.  Counsel are reminded

1

that under the applicable pandemic guidance, the trial courts are not currently permitted to schedule civil trials (even if conducted remotely) unless there are urgent and compelling reasons. Accordingly, if any party wishes to have an evidentiary hearing (i.e. trial) on the Motions for Preliminary Injunction, the party will need to file a Motion arguing that there are urgent and compelling reasons to schedule the hearing.

Pursuant to M.R. Civ. P. 79(a), the Clerk is instructed to incorporate this Order by reference on the docket for this case.

So Ordered.

February 1, 2021.

_____/s/_____
Michael A. Duddy
Judge, Business and Consumer Docket

*RYAN M. JEFFREY DDS*

     *Plaintiff*

*v.*

*RONALD W. BAILEY, DMD and*
*STILLWATER DENTAL ASSOCIATES, PA*

     *Defendants*


| Party Name: | Attorney Name: |
|---|---|
| *Ryan M. Jeffrey, DDS* | Seth Brewster, Esq.<br>**Eaton Peabody**<br>100 Middle Street<br>Portland, ME 041112-5235 |
| Ronald W. Bailey, DMD and<br>Stillwater Dental Associates, PA | Eric Uhl, Esq.<br>**Richardson, Whitman, Large & Badger**<br>PO Box 9545<br>Portland, ME 04112 |